570 KOSCIUSKO REALTY CORPORATION, Plaintiff, *v.* KING-
DALE ESTATES, INC., et al., Defendants.

KINGDALE ESTATES, INC., et al., Appellants.

BERNARD R. CAHN, as Receiver, Respondent.

Submitted May 15, 1939; decided May 23, 1939.

*Robert Abelow* for motion.

*Abraham J. Halprin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.